UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOARD OF TRUSTEES OF THE
EMPLOYEE PAINTERS' TRUST et al.,

                Plaintiffs,

    v.

D & R GLAZING, INC. et al.,

                Defendants.

CASE NO. 2:22-cv-01831-LK

ORDER OF CONTEMPT

This matter comes before the Court on its prior order, Dkt. No. 65, granting in part Plaintiffs' Motion for Order to Show Cause Re: Contempt and for Sanctions, Dkt. No. 63. For the reasons set forth below, the Court finds that Defendants are in contempt and imposes coercive sanctions.

Plaintiffs filed this action in December 2022 to obtain unpaid benefit contributions from Defendants D & R Glazing, Inc. and its corporate governor, Peggy Owens. *See generally* Dkt. No. 1. Plaintiffs' efforts have been frustrated by Defendants' years-long failure to turn over records. In an order dated July 7, 2025, the Court found that a collective bargaining agreement gives the trustees the right to audit D & R's records, and, after considering the *Eitel* factors, the Court found

ORDER OF CONTEMPT - 1

that "compelling an audit is appropriate in this case[.]" Dkt. No. 62 at 6, 11. The Court ordered Defendants to submit D & R's payroll and related records to Plaintiffs within 30 days of the date of that order. *Id.* at 12. Defendants failed to comply with that order.

Consequently, on February 24, 2026, the Court granted Plaintiffs' unopposed motion for an order to show cause why D & R Glazing, Inc. and Ms. Owens should not be held in civil contempt. Dkt. No. 65 at 6. The Court ordered D & R and Ms. Owens to show cause in writing, on or before March 16, 2026, why the Court should not hold them in civil contempt for failure to comply with the Court's July 7, 2025 Order. *Id.* The Court ordered that "the failure to timely show cause will result in a finding of contempt and the imposition of coercive sanctions as described" in that order. *Id.* Specifically, the order directed that "[i]f Defendants fail to justify their noncompliance" with the Court's July 7, 2025 order, "the Court will issue an order holding them in civil contempt and imposing daily sanctions in the amount of $200 per Defendant per day to induce their compliance." *Id.* at 5. Plaintiffs filed proof that they served the Court's February 24, 2026 order on both Defendants on March 2, 2026. Dkt. No. 67.[1]

Defendants have not shown cause or responded to the Court's February 24, 2026 order to do so. Based on the foregoing, and for the reasons set forth in its prior order, Dkt. No. 65, the Court ORDERS as follows:

1. Defendants D & R Glazing, Inc. and Peggy Owens are held in civil contempt for failing to comply with the Court's July 7, 2025 Order.

---

[1] Plaintiffs served Ms. Owens personally. *Id.* at 2; *see also* Wash. Rev. Code § 4.28.080(14). In addition, they served D & R through Ms. Owens because she is D & R's registered agent. *See* https://egov.sos.state.or.us/br/pkg_web_name_srch_inq.show_detl?p_be_rsn=1490494&p_srce=BR_INQ&p_print=FALSE (last visited Apr. 2, 2026); Wash Rev. Code § 23.95.450(1) (permitting service on a corporation through its registered agent); Fed. R. Civ. P. 4(e)(1), (h)(1)(A) (permitting service on individuals and corporations by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made"). The fact that the copy of the order the Court mailed to D & R was returned as undeliverable, Dkt. No. 68, does not alter the fact that D & R was served.

ORDER OF CONTEMPT - 2

2. Defendants D & R Glazing, Inc. and Peggy Owens shall each pay to the Clerk of Court a fine in the amount of $200.00 per day, beginning 14 days after the date of this Order, to induce their compliance with the Court's July 7, 2025 Order, and continuing thereafter until each of them satisfies the Court in writing that they are no longer in contempt.

3. Plaintiffs shall promptly inform the Court in writing of Defendants' compliance with the July 7, 2025 Order.

4. Plaintiffs shall serve a copy of this Order on Defendants by personal service on Defendants and file proof of service with the Court within 14 days of the date of this Order. If Defendants evade service, Plaintiffs may serve them by certified mail and file proof of that service with the Court (alongside proof that Defendants have evaded service).

5. The Clerk of Court shall mail a copy of this Order via certified mail to:

    a) PEGGY OWENS
       13447 NE Whitaker Way
       Portland, OR 97230

    b) D & R GLAZING, INC.
       c/o Peggy Owens, Registered Agent
       13447 NE Whitaker Way
       Portland, OR 97230

Dated this 2nd day of April, 2026.

Lauren King
United States District Judge

ORDER OF CONTEMPT - 3